# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### CEDAR RAPIDS DIVISION

GERARDO VAZQUEZ RODRIGUEZ,

      Petitioner,

vs.

MARKWAYNE MULLIN, et al.,

      Respondents.

No. C26-168-LTS-MAR

**ORDER**

      The respondents have filed a motion (Doc. 15) to strike the petition (Doc. 1) for writ of habeas corpus. The motion raises colorable concerns about the petition, including compliance by the petitioner and his counsel with Federal Rule of Civil Procedure 11 and Local Rule 83. As such:

      1. Petitioner shall file a response to the motion (Doc. 15) to strike on or before **August 14, 2026**. The response shall specifically address each alleged defect identified in the motion and, if possible, explain why the respondent's position as to that alleged defect is incorrect.

      2. Respondent's deadline for responding to the petition (Doc. 1) is hereby **stayed** pending further order.

      **IT IS SO ORDERED** this 7th day of August, 2026.

_____
Leonard T. Strand
United States District Judge