**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION**

GERARDO VAZQUEZ RODRIGUEZ,

      Petitioner,

vs.

MARKWAYNE MULLIN, et al.,

      Respondents.

No.  C26-168-LTS-MAR

**ORDER**

Petitioner filed a response (Doc. 16) to the motion (Doc. 15) to strike the petition shortly before the undersigned's order (Doc. 17) of today's date was docketed.  Because the response does not address all of the alleged defects identified in the motion to strike, the order (Doc. 17) of today's date remains in effect.

The Clerk shall docket the amended petition (Doc. 16-1) attached to petitioner's response as the petitioner's amended petition pursuant to Federal Rule of Civil Procedure 15(a)(1).  Respondent's deadline for responding to the amended petition is hereby **stayed** pending further order.

      **IT IS SO ORDERED** this 7th day of August, 2026.

_____
Leonard T. Strand
United States District Judge